UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br> Plaintiffs, <br><br> v. <br><br> ADRIAN DURAN, an individual doing business as "JOVI ELECTRIC," <br><br> Defendant. | CASE NO. 2:18-cv-02436-JAK-JPR <br><br> **JUDGMENT** <br><br> **JS-6** |

1

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, and Los Angeles Electrical Workers Credit Union, shall recover from Defendant, Adrian Duran, an individual doing business as "Jovi Electric," the amount of $22,925.90 (consisting of unpaid fringe benefit contributions of $9638.84, prejudgment interest of $406.26, liquidated damages of $1927.77, $4507.23 for Defendant's breach of the Payment Plan, $5995.80 in attorney's fees and $450 in costs), plus post-judgment interest as provided by law from the date this judgment is entered until paid in full.

**IT IS SO ORDERED**.

Dated: July 5, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE